IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,

        Plaintiff,

  v.

SAFEWAY GROCERY STORE, CORP., et al.,

        Defendants.
                                  /

No. C 07-80184M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

    On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Plaintiff files a complaint that is "related to any of the following matters:

    (1)    a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;

    (2)    an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;

    (3)    a court order for the defendants to be subjected to a lie detector test;

    (4)    covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or detained will be filed unless they contain intelligible factual

1 allegations and claims for relief."

2     The Court has reviewed the instant complaint, C 07-80184M, and
3 finds that it alleges that Defendants have extorted money from him,
4 invaded his privacy with terror intent, attempted kidnap and false
5 arrest and attempt to conceal or interfere with his investigation
6 of the abduction of Plaintiff's children. Because this complaint
7 concerns several of the matters mentioned in the pre-filing order,
8 the Clerk of the Court is ordered not to file it. Instead, the
9 complaint shall be returned to Plaintiff.

10     IT IS SO ORDERED.

11 Dated:  7/31/07

12                                          CLAUDIA WILKEN
                                         United States District Judge

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

        Plaintiff,

  v.

SAFEWAY GROCERY STORE et al,

        Defendant.
                                 /

Case Number: CV07-80184 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: July 31, 2007

                                          Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk

3